1  Peter Kristofer Strojnik, State Bar No. 242728
2  pstrojnik@strojniklaw.com
   **THE STROJNIK FIRM LLC**
3  Esplanade Center III, Suite 700
4  2415 East Camelback Road
   Phoenix, Arizona 85016
5  Telephone:  (602) 510-9409
   Facsimile:   (602) 865-7788
6
7  Attorneys for Plaintiff THERESA BROOKE

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:18-cv-01251-JAM-GGH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| URBAN COMMONS RIVERSIDE BLVD., LLC, | |
| Defendant. | |

   NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees.

   RESPECTFULLY SUBMITTED this 28th day of June, 2018.

                            **THE STROJNIK FIRM L.L.C.**

                            _/s/ Peter Kristofer Strojnik_
                            Peter Kristofer Strojnik (242728)
                            Attorneys for Plaintiff THERESA BROOKE